# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2548

_____

Allen Ray Bishop,                          *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the
                                           *   Western District of Arkansas.
OK Foods, Inc.,                            *
                                           *   [UNPUBLISHED]
            Appellee.                      *

_____

Submitted: May 19, 2006
Filed: May 24, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Allen Ray Bishop appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit against OK Foods, Inc., brought under Title VII. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we conclude that, as a matter of law, the conduct to which Bishop was subjected at the hands of his

---

[1]The Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

coworkers was not sufficiently severe or pervasive to amount to a racially hostile work environment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____